UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA DAVIS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:18-cv-1309

HON. JANET T. NEFF

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner should re-evaluate whether Plaintiff can perform medium work and set forth the factual basis for that determination.

Dated: December 10, 2019

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge