UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA DAVIS,

    Plaintiff,

v.

                                                                                        Case No. 1:18-cv-1309

COMMISSIONER OF SOCIAL SECURITY,          HON. JANET T. NEFF

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed an Unopposed Petition for Attorney Fees Under the Equal Access to Justice Act (ECF No. 19).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 4, 2020, recommending that this Court grant in part the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 21) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Unopposed Petition for Attorney Fees Under the Equal Access to Justice Act (ECF No. 19) is GRANTED IN PART for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of five thousand, two hundred fifty dollars ($5,250.00).

Dated:  June 19, 2020                                                                             /s/ Janet T. Neff
                                                                                              JANET T. NEFF
                                                                                              United States District Judge